IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                                                    CASE NO.: 3:03cr101/LAC
                                                                                    3:04cv458/LAC/MD

MARCO TOMAS MENDEZ, SR.
_____

ORDER

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on April 18, 2005, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is ORDERED:

The motion to vacate, set aside or correct sentence (doc. 159) is DENIED.

DONE AND ORDERED this 23rd day of May, 2005.

                                                            s/L.A. Collier
                                                            LACEY A. COLLIER
                                                            SENIOR UNITED STATES DISTRICT JUDGE